159 A.3d 929

**Lorraine F. BROSIUS, as Executrix for the
Estate of William B. Brosius, Deceased**

v.

**HCR MANORCARE, LLC, Manor Care of Lancaster PA, LLC, d/b/a Manorcare Health Services-Lancaster, Manorcare Health Services, Inc. a/k/a Manorcare Health Services, LLC, Manor Care, Inc., HCR Manorcare, Inc., HCR IV Healthcare, LLC, HCR III Healthcare, LLC, HCR II Healthcare, LLC, HCR Healthcare, LLC, HCRMC Operations, LLC, HCR Manorcare Operations II, LLC, Heartland Employment Services, LLC, Select Medical Corporation, Select Medical of Pennsylvania, Inc., Select Specialty Hospitals, Inc., Select Specialty Hospital-Camp Hill, Inc., and Select Specialty Hospital-Central Pennsylvania, L.P. f/k/a Select Specialty Hospital-Camp Hill LP, d/b/a Select Specialty Hospital-York**

**Petition of: HCR Manorcare, LLC, Manor Care of Lancaster PA, LLC, d/b/a Manorcare Health Services-Lancaster, Manorcare Health Services, Inc. a/k/a Manorcare Health Services, LLC, Manor Care, Inc., HCR Manorcare, Inc., HCR IV Healthcare, LLC, HCR III Healthcare, LLC, HCR II Healthcare, LLC, HCR Healthcare, LLC, HCRMC Operations, LLC, HCR Manorcare Operations II, LLC, Heartland Employment Services, LLC**

**No. 354 MAL 2016**

Supreme Court of Pennsylvania.

DECIDED: October 17, 2016

## ORDER

PER CURIAM

**AND NOW**, this 17th day of October, 2016, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED**. The matter is **REMANDED** for proceedings consistent with the decision in <u>Taylor v. Extendicare</u>, 637 Pa. 163, 147 A.3d 490 (2016).